**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Randall K. Delp aka Randy Delp<br>Julie M. Delp<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 18-11038 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 and index same on the master mailing list.

                          Respectfully submitted,

                          /s/ *Michael Farrington*
                          Michael Farrington
                          06 Feb 2024, 13:24:58, EST

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322