United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11038-pmm |
| Randall K. Delp | Chapter 13 |
| Julie M. Delp | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 27, 2024 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

**Recip ID**      **Recipient Name and Address**
db/jdb        + Randall K. Delp, Julie M. Delp, 1026 Jefferson St., Red Hill, PA 18076-1318

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:**

**Name**      **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor Deutsche Bank National Trust Company Americas  as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 amps@manleydeas.com

ALYK L OFLAZIAN
    on behalf of Creditor Deutsche Bank Trust Company Americas amps@manleydeas.com

ALYK L OFLAZIAN
    on behalf of Creditor Deutsche Bank National Trust Company Americas  as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 amps@manleydeas.com

DANIEL P. JONES
    on behalf of Creditor Rushmore Loan Management Services  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Deutsche Bank National Trust Company Americas  as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 bkgroup@kmllawgroup.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 212 | Total Noticed: 1 |

JENNIFER L. MALESKI

on behalf of Defendant PNC Bank N.A. jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

JENNIFER L. MALESKI

on behalf of Creditor PNC BANK N.A. jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

KARINA VELTER

on behalf of Creditor Deutsche Bank Trust Company Americas karina.velter@powerskirn.com bankruptcy@powerskirn.com

KENNETH E. WEST

ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN M. BUTTERY

on behalf of Creditor Deutsche Bank National Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 cdigianantonio@rascrane.com

KEVIN W. LYNCH

on behalf of Creditor Deutsche Bank National Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 kwlynch@comcast.net

LEROY W. ETHERIDGE, JR.

on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

MICHELLE L. MCGOWAN

on behalf of Creditor Deutsche Bank National Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 mimcgowan@raslg.com

MICHELLE L. MCGOWAN

on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS mimcgowan@raslg.com

PAUL H. YOUNG

on behalf of Joint Debtor Julie M. Delp support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG

on behalf of Plaintiff Julie M. Delp support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG

on behalf of Debtor Randall K. Delp support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG

on behalf of Plaintiff Randall K. Delp support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                      Chapter: 13

    Randall K. Delp and Julie M. Delp

Debtor(s)                                         Case No: 18−11038−pmm

---

## *ORDER*

AND NOW, June 27, 2024, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall file

☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☐ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                                                 For The Court

                                                                                 Patricia M. Mayer

                                                                                 Judge, United States Bankruptcy Court