United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-11038-pmm
Randall K. Delp     Chapter 13
Julie M. Delp
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Jul 16, 2024     Form ID: 138OBJ     Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Randall K. Delp, Julie M. Delp, 1026 Jefferson St., Red Hill, PA 18076-1318 |
| 14057038 | + | 1st Svgs Of Perkasie, 1201 N 5th St, Perkasie, PA 18944-1869 |
| 14057044 | + | Brett A. Solomon, 1500 One PPG Place, Pittsburgh, PA 15222-5416 |
| 14853464 | + | DEUTSCHE BANK TRUST COMPANY AMERICAS, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14200422 | | Deutsche Bk Natl Trust Company Americas, c/o Kevin W. Lynch, Esq., 1240 N. Myrtlewood St., Philadelphia PA 19121-4515 |
| 14057058 | | IRS, US Dept of the Treasury, Philadelphia, PA 19100 |
| 14057059 | + | Jefferson Associates, 3 Coral St, Edison, NJ 08837-3242 |
| 14184976 | + | Jennifer L. Maleski, Esq., Dilworth Paxson LLP, Atty for PNC Bank, National Assoc, 1500 Market Street, Suite 3500 E, Philadelphia, PA 19102-2100 |
| 14184342 | + | Jennifer L. Maleski, Esq., Dilworth Paxson LLP, 1500 Market Street, Suite 3500E, Philadelphia, PA 19102-2101 |
| 14057061 | + | Michael Dougherty, Esquire, 325 Chestnut Street, Suite 501, Philadelphia, PA 19106-2605 |
| 14057064 | + | P H E A A/h C B, Aes/Ddb, Po Box 8183, Harrisburg, PA 17105-8183 |
| 14057067 | + | PNC Bank, N.A., 8800 Tinicum Blvd., Philadelphia, PA 19153-3198 |
| 14057066 | + | Patrick J. Wasner, Esquire, Milstead & Associates, LLC, 220 Lake Drive East, Ste. 301, Cherry Hill, NJ 08002-1165 |
| 14057069 | + | West Asset, 6621 Bay Circle, Norcross, GA 30071-1250 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2024 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14057042 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 16 2024 23:49:00 | American Honda Finance Corp, PO Box 168088, Irving, TX 75016-8088 |
| 14096154 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2024 23:52:45 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14057039 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2024 23:52:45 | Advanta Bk, Welsh and McKean Roads, Po Box 844, Spring House, PA 19477-0844 |
| 14057040 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2024 23:52:52 | Advanta Bk, Po Box 31032, Tampa, FL 33631-3032 |
| 14057041 | + | Email/Text: jvalencia@amhfcu.org | Jul 16 2024 23:49:00 | American Heritage Fcu, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14057043 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jul 16 2024 23:49:00 | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14057046 | + | Email/Text: bankruptcy@cavps.com | Jul 16 2024 23:49:00 | Calvary Portfolio Services, 500 Summit Lake Dr, Valhalla, NY 10595-1340 |
| 14057045 | + | Email/Text: bankruptcy@cavps.com | Jul 16 2024 23:49:00 | Calvary Portfolio Services, Attention: Bankruptcy |

Case 18-11038-pmm    Doc 231    Filed 07/18/24    Entered 07/19/24 00:35:46    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: 138OBJ | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 14057047 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2024 23:53:01 | Cap One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 14085576 | | Email/PDF: bncnotices@becket-lee.com | Jul 17 2024 00:03:14 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14058668 | + | Email/Text: bankruptcy@cavps.com | Jul 16 2024 23:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14057051 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2024 23:49:00 | Commonwealth of PA, Department of Revenue, Bureau Of Compliance, Dept 280946, Harrisburg, PA 17128-0001 |
| 14711508 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 16 2024 23:49:00 | DEUTSCHE BANK TRUST COMPANY AMERICAS, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 14846323 | + | Email/Text: RASEBN@raslg.com | Jul 16 2024 23:49:00 | DEUTSCHE BANK TRUST COMPANY AMERICAS, c/o Michelle L. McGowan, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14853200 | ^ | MEBN | Jul 16 2024 23:47:17 | DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14079856 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 16 2024 23:49:00 | Deutsche Bank Trust Company Americas, as trustee, c/o Nationstar Mortgage dba Mr. Cooper, Attn: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 14068377 | | Email/Text: mrdiscen@discover.com | Jul 16 2024 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14057052 | + | Email/Text: mrdiscen@discover.com | Jul 16 2024 23:48:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14088972 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 16 2024 23:49:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14057053 | ^ | MEBN | Jul 16 2024 23:47:06 | Eastern Account System INC., Attn: Bankruptcy Dept., Po Box 837, Newtown, CT 06470-0837 |
| 14057054 | ^ | MEBN | Jul 16 2024 23:47:15 | Eastern Account System INC., 75 Glen Rd Ste 110, Sandy Hook, CT 06482-1175 |
| 14825423 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 16 2024 23:49:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14057055 | | Email/Text: SAABankruptcy@fcbanking.com | Jul 16 2024 23:49:00 | First Commonwealth Bank, 654 Philadelphia Street, PO Box 400, Indiana, PA 15701 |
| 14059670 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 16 2024 23:49:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14057057 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 16 2024 23:49:00 | Ic Systems Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14057056 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 16 2024 23:49:00 | Ic Systems Inc, Po Box 64378, St. Paul, MN 55164-0378 |
| 14057048 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 16 2024 23:53:01 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 14057049 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 16 2024 23:52:45 | Chase Mht Bk, Attn:Bankruptcy Dept, Po Box 15298, Wilmington, DE 19850 |
| 14057050 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 16 2024 23:52:52 | Chase Mht Bk, P.o. Box 15298, Wilmington, DE 19850 |
| 14057060 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 16 2024 23:49:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Menomonee Falls, WI 53051-7096 |
| 14057062 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 16 2024 23:49:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 350 Highland Dr, Lewisville, TX 75067 |
| 14057063 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 16 2024 23:49:00 | Nationstar Mortgage LLC, 350 Highland, Houston, TX 77009-6623 |
| 14057065 | + | Email/Text: bncnotifications@pheaa.org | Jul 16 2024 23:49:00 | P H E A A/h C B, 1200 N 7th St, Harrisburg, PA 17102-1419 |
| 14089117 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2024 23:49:00 | PNC Bank, National Association, c/o Michael Sally, 300 Fifth Avenue, Mail Stop: PT-PTWR-18-1, Pittsburgh, PA 15222 |
| 14073830 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2024 23:53:01 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14063121 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2024 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14491882 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 16 2024 23:49:00 | Rushmore Loan Management Services, LLC, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14057068 | + | Email/Text: RMOpsSupport@alorica.com | Jul 16 2024 23:49:00 | West Asset, 2703 North Highway 75, Sherman, TX 75090-2567 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Deutsche Bank National Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Deutsche Bank Trust Company Americas amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Deutsche Bank National Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 amps@manleydeas.com |

Case 18-11038-pmm    Doc 231    Filed 07/18/24    Entered 07/19/24 00:35:46    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: 138OBJ | Total Noticed: 53 |

DANIEL P. JONES
    on behalf of Creditor Rushmore Loan Management Services  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Deutsche Bank National Trust Company Americas  as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 bkgroup@kmllawgroup.com

JENNIFER L. MALESKI
    on behalf of Creditor PNC BANK  N.A. jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

JENNIFER L. MALESKI
    on behalf of Defendant PNC Bank  N.A. jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

KARINA VELTER
    on behalf of Creditor Deutsche Bank Trust Company Americas karina.velter@powerskirn.com  bankruptcy@powerskirn.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN M. BUTTERY
    on behalf of Creditor Deutsche Bank National Trust Company Americas  as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 cdigianantonio@rascrane.com

KEVIN W. LYNCH
    on behalf of Creditor Deutsche Bank National Trust Company Americas  as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 kwlynch@comcast.net

LEROY W. ETHERIDGE, JR.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

MICHELLE L. MCGOWAN
    on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Deutsche Bank National Trust Company Americas  as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 mimcgowan@raslg.com

PAUL H. YOUNG
    on behalf of Debtor Randall K. Delp support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
    on behalf of Plaintiff Randall K. Delp support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
    on behalf of Joint Debtor Julie M. Delp support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
    on behalf of Plaintiff Julie M. Delp support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 19

*Form 138OBJ* (6/24)−doc 230 − 221

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Randall K. Delp  )   Case No. 18−11038−pmm
   aka Randy Delp  )
     )
   Julie M. Delp  )   Chapter: 13
     )
   Debtor(s).  )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 16, 2024　　　　　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court