United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                             Case No. 18-11038-pmm

Randall K. Delp                                                           Chapter 13

Julie M. Delp

       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                        User: admin                                        Page 1 of 3
Date Rcvd: Aug 09, 2024                           Form ID: 3180W                              Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol         Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Randall K. Delp, Julie M. Delp, 1026 Jefferson St., Red Hill, PA 18076-1318 |
| 14057058 | | IRS, US Dept of the Treasury, Philadelphia, PA 19100 |
| 14057059 | + | Jefferson Associates, 3 Coral St, Edison, NJ 08837-3242 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 10 2024 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14096154 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 10 2024 00:22:25 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14085576 | | Email/PDF: bncnotices@becket-lee.com | Aug 10 2024 00:21:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14058668 | + | Email/Text: bankruptcy@cavps.com | Aug 10 2024 00:18:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14711508 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 10 2024 00:17:00 | DEUTSCHE BANK TRUST COMPANY AMERICAS, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 14079856 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 10 2024 00:17:00 | Deutsche Bank Trust Company Americas, as trustee, c/o Nationstar Mortgage dba Mr. Cooper, Attn: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 14068377 | | EDI: DISCOVER | Aug 10 2024 04:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14088972 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 10 2024 00:17:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14825423 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 10 2024 00:17:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14059670 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 10 2024 00:18:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14089117 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 10 2024 00:17:00 | PNC Bank, National Association, c/o Michael Sally, 300 Fifth Avenue, Mail Stop: PT-PTWR-18-1, Pittsburgh, PA 15222 |
| 14073830 | | EDI: PRA.COM | Aug 10 2024 04:12:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14063121 | | EDI: PENNDEPTREV | Aug 10 2024 04:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 09, 2024 | Form ID: 3180W | Total Noticed: 17 |

| 14063121 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 10 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14491882 | Email/Text: nsm_bk_notices@mrcooper.com | Aug 10 2024 00:17:00 | Rushmore Loan Management Services, LLC, P.O. Box 52708, Irvine, CA 92619-2708 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Deutsche Bank National Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Deutsche Bank Trust Company Americas amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Deutsche Bank National Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 amps@manleydeas.com |
| DANIEL P. JONES | on behalf of Creditor Rushmore Loan Management Services LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 bkgroup@kmllawgroup.com |
| JENNIFER L. MALESKI | on behalf of Creditor PNC BANK N.A. jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| JENNIFER L. MALESKI | on behalf of Defendant PNC Bank N.A. jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| KARINA VELTER | on behalf of Creditor Deutsche Bank Trust Company Americas karina.velter@powerskirn.com bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2      User: admin      Page 3 of 3

Date Rcvd: Aug 09, 2024      Form ID: 3180W      Total Noticed: 17

KEVIN M. BUTTERY
   on behalf of Creditor Deutsche Bank National Trust Company Americas  as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 cdigianantonio@rascrane.com

KEVIN W. LYNCH
   on behalf of Creditor Deutsche Bank National Trust Company Americas  as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 kwlynch@comcast.net

LEROY W. ETHERIDGE, JR.
   on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

MICHELLE L. MCGOWAN
   on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS mimcgowan@raslg.com

MICHELLE L. MCGOWAN
   on behalf of Creditor Deutsche Bank National Trust Company Americas  as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 mimcgowan@raslg.com

PAUL H. YOUNG
   on behalf of Debtor Randall K. Delp support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
   on behalf of Plaintiff Randall K. Delp support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
   on behalf of Joint Debtor Julie M. Delp support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
   on behalf of Plaintiff Julie M. Delp support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 19

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Randall K. Delp <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5029 <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Julie M. Delp <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7850 <br> EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   18–11038–pmm

## Order of Discharge                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Randall K. Delp                                        Julie M. Delp
    aka Randy Delp

    8/8/24                                                         **By the court:** Patricia M. Mayer
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**