United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-11038-pmm
Randall K. Delp  Chapter 13
Julie M. Delp
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Sep 11, 2024     Form ID: 138FIN     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Randall K. Delp, Julie M. Delp, 1026 Jefferson St., Red Hill, PA 18076-1318 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 12 2024 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:

**Name     Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor Deutsche Bank National Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 amps@manleydeas.com

Case 18-11038-pmm    Doc 236    Filed 09/13/24    Entered 09/14/24 00:35:59    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 11, 2024 | Form ID: 138FIN | Total Noticed: 3 |

| | |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor Deutsche Bank Trust Company Americas amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Deutsche Bank National Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 amps@manleydeas.com |
| DANIEL P. JONES | on behalf of Creditor Rushmore Loan Management Services LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 bkgroup@kmllawgroup.com |
| JENNIFER L. MALESKI | on behalf of Creditor PNC BANK N.A. jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| JENNIFER L. MALESKI | on behalf of Defendant PNC Bank N.A. jmaleski@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| KARINA VELTER | on behalf of Creditor Deutsche Bank Trust Company Americas karina.velter@powerskirn.com bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor Deutsche Bank National Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 cdigianantonio@rascrane.com |
| KEVIN W. LYNCH | on behalf of Creditor Deutsche Bank National Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 kwlynch@comcast.net |
| LEROY W. ETHERIDGE, JR. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Deutsche Bank National Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QO1 mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS mimcgowan@raslg.com |
| PAUL H. YOUNG | on behalf of Plaintiff Randall K. Delp support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Julie M. Delp support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Plaintiff Julie M. Delp support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Randall K. Delp support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 19

*Form 138FIN* (6/24)−doc 235 − 234

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Randall K. Delp ) Case No. 18−11038−pmm
   aka Randy Delp )
    )
   Julie M. Delp ) Chapter: 13
    )
   Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    Eastern District of Pennsylvania
    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: September 11, 2024            For The Court

                                             Timothy B. McGrath
                                             Clerk of Court